JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., by and through his Guardian Ad Litem, STELLA G., <br><br> Plaintiff, <br><br> vs. <br><br> BALDWIN PARK UNIFIED SCHOOL DISTRICT; THE CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, SPECIAL DIVISION, <br><br> Defendants. | Case No. CV 09-6555-R (RCx) <br><br> JUDGMENT |

The Court having determined on July 12, 2010 that Plaintiff's appeal is denied in all respects, based upon the Findings of Fact and Conclusions of Law which are incorporated herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff recover nothing, and that judgment is entered in favor of Defendant Baldwin Park Unified School District.

Dated: August 11, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE